*United States Probation & Pretrial Services*

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No: 126568

## Passport Receipt

Defendant Name: Charles B. Hensley

Name on passport, if different:

Country of Origin: U.S.

Date passport issued: March 19, 2019

Expiration date of passport: March 18, 2029

Ordered by court in the Central District of California

Docket Number: 2:22-CR-00361-AGR

U.S. Probation & Pretrial Services
Roybal – Los Angeles

**FILED**
CLERK, U.S. DISTRICT COURT
1/6/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: jb  DEPUTY

_____
Surrendered By  Anthony M. Solis

1/6/23
Date

Lilia Flores
Received By

01/06/2022
Date

Returned To

Date

Surrendered By

Date

Purpose Returned

Address (if mailed)