United States District Court

Central District of California

United States of America,                     )          Case No.: 22-cr-361-JLS
                                              )
                                              )
                                              )          Order for Mental Health Evaluation and
                        Plaintiff,            )          Findings of Excludable Time
                                              )
            v.                                )
                                              )
Charles B. Hensley,                           )
                                              )
                                              )
                        Defendant.            )
_____ )

        Good cause shown therefor, it is ordered that:

        In accordance with Title 18, United States Code sections 4241 and 4247, Charles B.

Hensley shall be evaluated by [mental health professional] The clinician shall perform a

psychiatric, psychological and/or physical examination to determine whether the

defendant may presently be suffering from a mental disease or defect rendering him

mentally or physically incompetent to the extent that he is unable to understand the nature

and consequences of the proceeding against him or to assist properly in his defense.

IT IS FURTHER ORDERED that the examination shall be conducted by [name of mental health professional]. 18 U.S.C. 4247(c). The examination shall take place at the location where the defendant currently resides.

IT IS FURTHER ORDERED that within 30 days from the entry of this order, or such additional period as may be ordered by the Court, [mental health professional] shall prepare or cause to be prepared a psychiatric or psychological report to the Clerk of the United States District Court for the Central District of California, Kerry Quinn, Assistant United States Attorney, and to Anthony M. Solis, counsel for the defendant.

IT IS FURTHER ORDERED that said report prepared pursuant to this order shall include:

(1) defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, or medical examinations that were employed and their findings;

(3) the examiner's findings and conclusions;

(4) the examiner's opinions as to diagnosis, prognosis and whether the defendant is competent to stand trial, the test of which is whether he may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

IT IS FURTHER ORDERED that this matter be set over for a status conference on [DATE, TIME]

The Court finds that the period of time required by the above-described psychiatric or psychological examination of the defendant and the Court's determination of competency to stand trial, namely the period  between the date of this Order and the date of the status conference, is excludable time under the Speedy Trial Act, 18 U.S.C. section 3161(h)(1)(A).

It is so ordered.


Dated: May____, 2023

_____
Hon. Josephine L. Staton
United States District Judge